AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Center for Biological Diversity<br>Tropical Audubon Society<br>North American Butterfly Association Chapter of<br>South Florida, Inc., d/b/a Miami Blue Chapter<br><br>*Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 1:18-cv-02407 |
| Ryan Zinke<br>U.S. Department of the Interior<br>Jim Kurth<br>U.S. Fish and Wildlife Service<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rachael Curran
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*