**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TROPICAL AUDUBON SOCIETY, and NORTH AMERICAN BUTTERFLY ASSOCIATION CHAPTER OF SOUTH FLORIDA, INC., D/B/A/ MIAMI BLUE CHAPTER, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, U.S. DEPARTMENT OF THE INTERIOR, and AURELIA SKIPWITH, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:18-cv-02407-RMC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION TO SETTLE PLAINTIFFS' CLAIM**
**FOR ATTORNEYS' FEES AND COSTS AND [PROPOSED] ORDER**

This Stipulation to Settle Plaintiffs' Claim for Attorneys' Fees and Costs ("Stipulation") is entered into by and between Plaintiffs Center for Biological Diversity, Tropical Audubon Society, and North American Butterfly Association Chapter of South Florida, Inc. d/b/a/ Miami Blue Chapter and Defendants David Bernhardt, in his official capacity as Secretary of the U.S. Department of the Interior, the U.S. Department of the Interior, and Aurelia Skipwith, in her official capacity as Director of the U.S. Fish and Wildlife Service (collectively, "parties"), who, by and through their undersigned counsel, state as follows:

WHEREAS, on October 22, 2018, the Plaintiffs filed the above-captioned action to compel the Service to designate critical habitat for the Florida bonneted bat by a date certain;

WHEREAS, on February 12, 2020, the parties, through their authorized representatives, filed a Stipulated Settlement Agreement and Order resolving the merits of the disputes set forth in Plaintiffs' Complaint and reserving Plaintiffs' claim for an award of attorneys' fees and costs;

WHEREAS, the parties desire to resolve Plaintiffs' claim for attorneys' fees and costs according to the terms set forth below, and thus hereby stipulate and agree as follows:

1. Defendants agree that Plaintiffs are entitled to an award of reasonable attorney's fees and costs incurred by their counsel, pursuant to the ESA, 16 U.S.C. § 1540(g)(4). Defendants agree to pay, and Plaintiffs agree to accept, **$9,540.20** in full and complete satisfaction of any and all claims pursuant to the ESA, the Equal Access to Justice Act, and/or any other statute or common law theory, for all attorney's fees and costs incurred by Plaintiffs in connection with the above-captioned lawsuit through and including the date of this Stipulation.

2. Defendants' payment described in Paragraph 1 above will be made by electronic funds transfer to the Center for Biological Diversity for appropriate distribution.

3. Within ten (10) days of dismissal of entry of an order approving this Stipulated Settlement Agreement, counsel for Plaintiffs will provide Defendants with the following information necessary for Defendants to process the payment described in Paragraph 1 above by electronic funds transfer: the payee's name, the payee's address, the payee's bank account number, the account type, the name of the payee's bank, the bank routing transit number, and the payee's tax identification number.

4. Defendants agree to submit all necessary paperwork for the processing of the payment described in Paragraphs 1 and 2 above to the appropriate office(s) within ten (10) business days of receiving the information necessary for processing the electronic funds transfer described in Paragraph 3 above.

5.	By this Agreement, Defendants do not waive any right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, including hourly rates, in any future litigation. Further, this Agreement has no precedential value and shall not be used as evidence in any other attorney's fees litigation.

6.	Plaintiffs agree to accept payment of **$9,540.20** in full and complete satisfaction of any and all claims, demands, rights, and/or causes of action for attorneys' fees and costs to which it may be entitled in connection with the above-referenced case through and including the date of this Stipulation.  Plaintiffs also shall provide to Defendants confirmation of receipt of payment within ten (10) business days after receipt.

7.	The undersigned parties agree that this Stipulation was negotiated in good faith and it constitutes a settlement of claims that were vigorously contested, denied, and disputed.  By entering into this Stipulation, the undersigned parties do not waive any claim or defense.

8.	Nothing in this Stipulation shall be interpreted as, or shall constitute, a requirement that Defendants are obligated to expend or pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. §1341, or any other appropriations law.

9.	The undersigned representatives of Defendants and Plaintiffs certify that they are fully authorized by the parties that they represent to enter into all the terms and conditions of this Stipulation.

10.	This Stipulation is effective as of the date it is entered by the Court.

NOW THEREFORE, Plaintiffs and Defendants respectfully request that the Court approve the parties' Stipulation, as stated above.

Dated March 24, 2020

>	Respectfully submitted,
>
>	JEAN E. WILLIAMS,
>	Deputy Assistant Attorney General

Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Mark Arthur Brown*
Mark Arthur Brown
Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0204
Fax: (202) 305-0275
E-mail: mark.brown@usdoj.gov

*Attorneys for Defendants*


  */s/ Jaclyn M. Lopez*
Jaclyn M. Lopez
FL0017
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 537-0802
Fax: (520) 623-9797
jlopez@biologicaldiversity.org

*Attorney for Plaintiff*


IT IS SO ORDERED.


Dated: _____, 2020   By: _____

HON. ROSEMARY M. COLLYER

UNITED STATES DISTRICT JUDGE